IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-367-FDW-DCK

| | |
|---|---|
| KHUONG CHUC LIEU DINH, ) ) Plaintiff, ) ) v. ) ) UNITED STATES CITIZENSHIP AND ) IMMIGRATION SERVICES, UR MENDOZA ) JADDOU, and CHRISTOPHER M. HEFFRON, ) ) Defendant. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Tiffany A. Webber, concerning James Oliver Hacking III, on August 16, 2022. James Oliver Hacking III seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. James Oliver Hacking III is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 16, 2022

David C. Keesler
United States Magistrate Judge